UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **BRANDON TILLMAN #220890** | **CIVIL ACTION NO. 23-cv-1431 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JULIAN WHITTINGTON ET AL** | **MAGISTRATE JUDGE HORNSBY** |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 56] previously filed herein, having thoroughly reviewed the record, including the Objection [Doc. No. 60] filed by Defendants Julian Whittington, LT ("Sheriff Whittington"), Anthony Evans ("Evans") and Major Craig Stokes ("Stokes") collectively ("Defendants"), and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendants' Motion for Summary Judgment [Doc. No. 31] is **GRANTED IN PART** and the claims based on denial of medical care and all claims against Sheriff Whittington are **DISMISSED**.

**IT IS FURTHER ORDERED** that the Motion is **DENIED** with respect to the failure to protect claim against Defendants Evans and Stokes.

MONROE, LOUISIANA, this 20th day of September 2024.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE